United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Shane A. Myers  
Heather Y. Myers  
    Debtors

Case No. 15-01801-MDF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: Sep 26, 2016  
                        Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.

      +Antrim Diesel Services, Inc.,    Attn: Payroll,    47 Commerce Avenue,    PO Box 39,    Greencastle, PA 17225-0039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:

        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        Joseph P Schalk    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com  
        Joseph P Schalk    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com  
        Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Keith B DeArmond    on behalf of Debtor Shane A. Myers general.dearmondlaw@gmail.com, G10924@notify.cincompass.com  
        Keith B DeArmond    on behalf of Joint Debtor Heather Y. Myers general.dearmondlaw@gmail.com, G10924@notify.cincompass.com  
        Paul William Cressman    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com  
        Recovery Management Systems Corporation    claims@recoverycorp.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                 TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
SHANE A. MYERS                              CHAPTER 13
HEATHER Y. MYERS                            CASE NO.:  1:15-bk-01801-MDF
DEBTOR(S)                                   MOTION FOR WAGE ATTACHMENT TO
                                            PAY TRUSTEE

## ORDER TO PAY TRUSTEE

AND NOW, this 23rd day of September, 2016, upon consideration of the above-referenced Debtors having filed a Petition under Chapter 13 of the Bankruptcy Court and having submitted all future income to the jurisdiction of this Court in accordance with statue,

**IT IS HEREBY ORDERED** that until further Order of this Court:

Employer:   Antrim Diesel Services, Inc.
ATTN:       Payroll
Address:    47 Commerce Avenue
            PO Box 39
            Greencastle, PA  17225

Shall deduct from said Debtor's income the sum of $483.47 per bi-weekly pay, for a total of $1047.51 per month, beginning on the next pay date and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA  17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Dated: September 26, 2016