```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                   Case No. 15-01801-RNO
Shane A. Myers                                                           Chapter 13
Heather Y. Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: MMchugh              Page 1 of 1              Date Rcvd: May 25, 2017
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db/jdb          +Shane A. Myers,   Heather Y. Myers,   420 Elrock Dr.,   Chambersburg, PA 17201-8233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Joint Debtor Heather Y. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor Shane A. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Paul William Cressman    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
   Shane A. Myers                       CHAPTER 13
   Heather Y. Myers
       DEBTOR(S)                 CASE NO.: 1:15-BK-01801-RNO
                                               MOTION TO MODIFY PLAN

## **ORDER**

Upon consideration of the Debtors' Motion to Modify their Chapter 13 Plan after confirmation, the Motion is GRANTED and the Debtors are permitted to modify their Chapter 13 Plan after confirmation, pursuant to 11 U.S.C. § 1329, to conform to the amended plan attached as an Exhibit to the Motion of the Debtors.

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: May 25, 2017