```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                           Case No. 15-01801-RNO
Shane A. Myers                                                   Chapter 13
Heather Y. Myers
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh              Page 1 of 1            Date Rcvd: Jun 02, 2017
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db/jdb         +Shane A. Myers,   Heather Y. Myers,   420 Elrock Dr.,   Chambersburg, PA 17201-8233
               +Antrim Diesel Services, Inc.,   Attn: Payroll,   47 Commerce Avenue,   PO Box 39,
                 Greencastle, PA 17225-0039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Joint Debtor Heather Y. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor Shane A. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Paul William Cressman    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 11

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
SHANE A. MYERS
HEATHER Y. MYERS
DEBTOR(S)

CHAPTER 13
CASE NO.: 1:15-bk-01801-RNO
FIRST AMENDED MOTION FOR WAGE
ATTACHMENT TO PAY TRUSTEE

## ORDER TO PAY TRUSTEE

AND NOW, this 1st day of June, 2017, upon consideration of the above-referenced Debtors having filed a Petition under Chapter 13 of the Bankruptcy Court and having submitted all future income to the jurisdiction of this Court in accordance with statue,

**IT IS HEREBY ORDERED** that until further Order of this Court:

Employer: Antrim Diesel Services, Inc.
ATTN: Payroll
Address: 47 Commerce Avenue
PO Box 39
Greencastle, PA 17225

Shall deduct from said Debtor's income the sum of $77.82 per bi-weekly pay, for a total of $155.61 per month, beginning on the next pay date and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders, if any, made to

subject entity in this or any previous case.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: June 2, 2017