```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 15-01801-RNO
Shane A. Myers                                                        Chapter 13
Heather Y. Myers
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh                 Page 1 of 1                  Date Rcvd: Sep 14, 2017
                              Form ID: pdf010               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db/jdb         +Shane A. Myers,   Heather Y. Myers,   420 Elrock Dr.,   Chambersburg, PA 17201-8233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Joint Debtor Heather Y. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor Shane A. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Paul William Cressman    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

**IN RE**:

SHANE A. MYERS
HEATHER Y. MYERS
HEATHER SERVILLE
        Debtor(s)

MIDFIRST BANK

        Movant(s)
vs.
SHANE A. MYERS
HEATHER Y. MYERS
HEATHER SERVILLE
CHARLES J DEHART, III
(TRUSTEE)
        Respondent(s)

Chapter: **13**

Case Number: **1:15-bk-01801-RNO**

Document No.: **65**

Nature of Proceeding: **Motion for Relief from Automatic Stay with nonconcurrence**

# ORDER

IT APPEARING that notice of this withdrawal has been given and no answer or objection having been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed September 12, 2017 regarding the above-referenced matter is APPROVED.

Date: September 13, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

MDPA-Order Approving Withdrawal WPT-REV 06/12