```
                             United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 15-01801-RNO
Shane A. Myers                                                      Chapter 13
Heather Y. Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh              Page 1 of 1           Date Rcvd: Sep 21, 2017
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db/jdb        +Shane A. Myers,   Heather Y. Myers,   420 Elrock Dr.,   Chambersburg, PA 17201-8233
              +Antrim Diesel Services, Inc.,   Attn: Payroll,   47 Commerce Avenue,
                Greencastle PA 17225-9470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Joint Debtor Heather Y. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor Shane A. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Paul William Cressman    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| SHANE A. MYERS | CHAPTER 13 |
| HEATHER Y. MYERS | CASE NO.: 1:15-bk-01801-RNO |
| DEBTOR(S) | MOTION TO TERMINATE FIRST AMENDED WAGE ATTACHMENT TO PAY TRUSTEE |

## ORDER TO TERMINATE PAYMENTS TO TRUSTEE

Upon consideration of the Motion to Terminate Order to Pay Trustee filed by the Debtors, Shane A. Myers and Heather Y. Myers:

**IT IS HEREBY ORDERED** that until further Order of the Court:

Employer: Antrim Diesel Services, Inc.
Attention: Payroll
Address: 47 Commerce Avenue
Greencastle, PA 17225

Shall no longer deduct funds from the income of Shane A. Myers.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: September 21, 2017