```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 15-01801-HWV
Shane A. Myers                                                   Chapter 13
Heather Y. Myers
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1        User: PRadginsk         Page 1 of 1        Date Rcvd: Nov 24, 2017
                            Form ID: fnldec         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2017.
db/jdb          +Shane A. Myers,   Heather Y. Myers,   420 Elrock Dr.,   Chambersburg, PA 17201-8233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Shane A. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Heather Y. Myers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Paul William Cressman    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Shane A. Myers<br>420 Elrock Dr.<br>Chambersburg, PA 17201 | Chapter 13<br>Case No. 1:15−bk−01801−HWV |
| Heather Y. Myers<br>aka Heather Serville<br>420 Elrock Dr.<br>Chambersburg, PA 17201 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2440
xxx−xx−6390

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 24, 2017

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk